511 P.2d 168

STATE of Arizona, Appellee,

v.

Melvin Eugene JACKSON, Appellant.

No. 2552–PR.

Supreme Court of Arizona.

June 27, 1973.

On Petition for Review of 17 Ariz.App. 533, 499 P.2d 111.

Ordered: Vacating the Order of this Court granting the Petition for Review.

Further ordered: Denying said Petition for Review.

HOLOHAN, J., did not participate in the determination of this matter.